No. 557. KROGER GROCERY & BAKING CO. ET AL. *v.* UNITED STATES. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Frank E. Wood, Robert S. Marx,* and *Thomas M. Lillard* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States. 

No. 576. HICKENBOTTOM ET AL. *v.* McCAIN, COMMISSIONER, ET AL. November 20, 1944. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Charles M. Haft* for petitioners. *Mr. Guy E. Williams* for respondents.

No. 577. BOMMARITO ET AL. *v.* MICHIGAN. November 20, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Edward T. Kelley* and *P. J. M. Hally* for petitioners. *Messrs. Daniel J. O'Hara,* Assistant Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Mr. William E. Dowling* for respondent.

No. 579. PORETSKY ET AL. *v.* WOLPE ET AL. November 20, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Louis Ottenberg* and *William C. Sullivan* for petitioners. *Mr. A. Winship Wheatley* for respondents.

No. 580. BAUER, POGUE & CO., INC. ET AL. *v.* TROUNSTINE, ANCILLARY EXECUTRIX. November 20, 1944. Peti-